CO-386-online
10/03

# United States District Court
# For the District of Columbia

CONSOLIDATED COMMUNICATIONS OF TEXAS CO., )
CONSOLIDATED COMMUNICATIONS OF FORT BEND )
CO., AND ILLINOIS CONSOLIDATED TELEPHONE CO. )
                                              )
                                              )
                          Plaintiff           )    Civil Action No._____
              vs                              )
                                              )
AT&T CORP.,                                   )
AT&T COMMUNICATIONS, INC., AND                )
DOES 1-20                                     )
                                              )
                          Defendant           )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Consolidated Communications Texas, Fort Bend and Illinois__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Consolidated Communications Texas, Fort Bend and Illinois__ which have any outstanding securities in the hands of the public:

Consolidated Communications Holdings, Inc. (CNSL)

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

484434
_____
BAR IDENTIFICATION NO.

Anitra D. Goodman
_____
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
_____
Address

Washington    DC           20007
_____
City          State        Zip Code

(202) 424-7500
_____
Phone Number