UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSOLIDATED COMMUNICATIONS OF TEXAS COMPANY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AT&T CORP., *et al.*, <br><br> Defendants. | Civil Action No. 05-2047 (ESH) |

**ORDER**

Pursuant to the Court's Case Management Order in *In Re: AT&T Access Charge Litigation*, Civil Action No. 05-1360 issued on September 23, 2005, the Clerk's Office is directed to administratively close the above-captioned matter and include the names of the parties in this case with the parties in *In Re: AT&T Access Charge Litigation*, Civil Action No. 05-1360.



s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 19, 2005